___

**SO ORDERED,**



*Judge Jason D. Woodard*

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **ROGER ELVIR,** | ) | **Case No.:** | **21-11801-JDW** |
| | ) | | |
| Debtor. | ) | **Chapter:** | **13** |

### ORDER DENYING MOTION TO REINSTATE CASE (Dkt. # 27)

This matter came before the Court on the debtor's *Motion to Reinstate Case* (the "Motion") (Dkt. # 27), filed on November 2, 2021, in the above-styled chapter 7 bankruptcy case. The Court has reviewed the Motion, and no good cause having been shown, the Court finds it is due to be denied. It is hereby,

**ORDERED, ADJUDGED** and **DECREED** that the Motion (Dkt. # 27) is **DENIED.**

##END OF ORDER##